UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONALD F. MARTINEZ, T86494,

Plaintiff,

v.

TAMMY CAMPBELL, et al.,

Defendant(s).

Case No. 22-cv-07502-SK  (PR)

**ORDER OF TRANSFER**

Plaintiff, a prisoner currently incarcerated at High Desert State Prison (HDSP) in the County of Lassen, has filed a pro se complaint under 42 U.S.C. § 1983 alleging various violations of his federal rights while he was incarcerated at California State Prison, Corcoran (CSP – COR) in the County of Kings.  A substantial part of the events or omissions giving rise to the claims occurred, and the defendants named reside, in the counties of Kings or Sacramento, which both lie within the venue of the Eastern District of California.  See 28 U.S.C. § 84(b).  Venue therefore properly lies in the Eastern District of California.  See id. § 1391(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California.

The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED**.

Dated: December 1, 2022

_____
SALLIE KIM
United States Magistrate Judge