1

2

3

4                          UNITED STATES DISTRICT COURT

5                          EASTERN DISTRICT OF CALIFORNIA

6

7    RONALD F. MARTINEZ,                         1:22-cv-01549-SAB (PC)

8              Plaintiff,

9         v.                                     ORDER TO SUBMIT APPLICATION
                                                 TO PROCEED IN FORMA PAUPERIS
10   TAMMY CAMPBELL, et al.,                      OR PAY FILING FEE WITHIN 45 DAYS

11             Defendant.

12

13        Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C.

14   § 1983.  Plaintiff has not paid the $402.00 filing fee, or submitted an application to proceed in

15   forma pauperis pursuant to 28 U.S.C. § 1915.

16        Accordingly, IT IS HEREBY ORDERED that:

17        Within forty-five (45) days of the date of service of this order, plaintiff shall submit the

18   attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay

19   the $402.00 filing fee for this action. **No requests for extension will be granted without a**

20   **showing of good cause**. **Failure to comply with this order will result in dismissal of this**

21   **action.**

22

23   IT IS SO ORDERED.

24   Dated:   __December 2, 2022__          _____
                                            UNITED STATES MAGISTRATE JUDGE

25

26

27

28

                                            1