# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD F. MARTINEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>TAMMY CAMPBELL, et al.,<br><br>    Defendants. | Case No. 1:22-cv-01549-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO EXPEDITE THE SCREENING OF COMPLAINT<br><br>(ECF No. 9) |

Plaintiff Ronald F. Martinez is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On December 1, 2022, this action was transferred from the United States District Court for the Northern District of California. (ECF No. 5.)

On December 2, 2022, the Court ordered Plaintiff to pay the $402.00 filing fee or submit an application to proceed in forma pauperis within forty-five days. (ECF No. 8.)

Currently before the Court is Plaintiff's motion to expedite the screening of his complaint pursuant to 28 U.S.C. § 1915A, filed December 16, 2022. (ECF No. 9.) Plaintiff's motion must be denied because in order for this action to proceed forward, he must either pay the required filing fee or submit a complete application to proceed in forma pauperis. As Plaintiff has yet to do so, the Court cannot proceed to screen his complaint. In any event, Plaintiff is advised that this Court has a large number of civil rights complaints filed by prisoners and it must proceed on the cases that have been pending the longest. Expedited screening of Plaintiff's case, without

good cause, would be prejudicial to other plaintiff whose cases are also awaiting screening. Accordingly, Plaintiff's motion to expedite the screening of his complaint is denied.

IT IS SO ORDERED.

Dated: __**December 19, 2022**__

UNITED STATES MAGISTRATE JUDGE