# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD F. MARTINEZ,<br><br>Plaintiff,<br><br>v.<br><br>TAMMY CAMPBELL, et al.,<br><br>Defendants. | Case No. 1:22-cv-01549-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO EXCEED PAGE LIMITATION OF FIRST AMENDED COMPLAINT<br><br>(ECF No. 17) |

Plaintiff Ronald F. Martinez is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On March 14, 2023, the Court screened Plaintiff's complaint, found no cognizable claims, and granted thirty days to file an amended complaint, limited to 25 pages. (ECF No. 14.) After receiving an extension of time, Plaintiff filed a first amended complaint, along with a motion for leave to exceed the page limitation, on May 9, 2023. (ECF Nos. 17, 18.)

Plaintiff's first amended complaint is a total of 32 pages, which includes 24 pages of factual allegations and one exhibit. (See ECF No. 18 at 5-29.) In his motion for leave to exceed the page limitations, "The FACT is 24 pages long because the constitutional violations alleged span over approximately fourteen (14) month period, during COVID, [an]d consisted of numerous incidents where I believe and know my Eighth [A]mendment rights were constantly violated." (ECF No. 17 at 2.) Based on a review of Plaintiff's first amended complaint, the Court grants his motion to exceed the page limitation, and the first amended complaint will be

screened pursuant to 28 U.S.C. § 1915A in due course.

IT IS SO ORDERED.

Dated: __**May 11, 2023**__

UNITED STATES MAGISTRATE JUDGE