UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD F. MARTINEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>TAMMY CAMPBELL, et al.<br><br>    Defendants. | No.  1:22-cv-01549-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO AMEND THE COMPLAINT AND DIRECTING CLERK OF COURT TO FILE SECOND AMENDED COMPLAINT<br><br>(ECF Nos. 20, 21) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion to amend the complaint, filed October 23, 2023.  (ECF No. 20.)  Plaintiff also submitted a proposed second amended complaint which was lodged by the Court.  (ECF No. 21.)

Under Rule 15(a) of the Federal Rules of Civil Procedure, a party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served. Otherwise, a party may amend only by leave of the court or by written consent of the adverse party, and leave shall be freely given with justice so requires. Fed. R. Civ. P. 15(a). "Rule 15(a) is very liberal and leave to amend 'shall be freely given when justice so requires.' " AmeriscourceBergen Corp. v. Dialysis West, Inc., 465 F.3d 946, 951 (9th Cir. 2006) (quoting Fed. R. Civ. P. 15(a)). However, courts "need not grant leave to amend where the amendment: (1) prejudices the

1 opposing party; (2) is sought in bad faith; (3) produces an undue delay in the litigation; or (4) is
2 futile." Id. (citations omitted).
3   In his motion to amend, Plaintiff submits that he seeks to amend the complaint to add state
4 law claims to this action relating to his Eighth Amendment claims for failure to protect from
5 COVID infection. (ECF No. 20 at 2.) The Court finds no bad faith or futility in Plaintiff's
6 proposed amendment. The proposed supplemental information arises from the same events at
7 issue in the first amended complaint for this action. As the first amended complaint has not yet
8 been screened or served on Defendants, there will be no undue delay or prejudice to Defendants
9 in allowing Plaintiff to file a second amended complaint. Therefore, Plaintiff s motion shall be
10 granted, and the second amended complaint shall be filed. Plaintiff is advised that the second
11 amended complaint will be screened pursuant to 28 U.S.C. § 1915A in due course.
12   Accordingly, it is HEREBY ORDERED that:
13   1. Plaintiff's motion to amend the complaint (ECF No. 20) is granted; and
14   2. The Clerk of Court shall file Plaintiff's second amended complaint (ECF No. 21),
15   lodged on October 23, 2023.

IT IS SO ORDERED.

Dated:   **October 24, 2023**

UNITED STATES MAGISTRATE JUDGE

2